UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMARCUS ANDANTE WARE,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:23-cr-119

**ORDER OF DETENTION**

Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds that Defendant has not rebutted the presumption applicable in this case that no condition or combination of conditions will reasonably assure the safety of the community, and that no condition or combination of conditions will assure Defendant's appearance at trial.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on October 3, 2023.

                                             /s/ Sally J. Berens
                                             SALLY J. BERENS
                                             U.S. Magistrate Judge